# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR -5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | **Case No.** |
| **Gilberto Leon Chavez** ) | 1:12-cr-00344-LJO-SKO-4 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gilberto Chavez_____ , have discussed with _____Jacob Scott_____ , Supervising Pretrial Officer, modifications of my release conditions as follows:

Vacate the defendant's Location Monitoring program of **HOME DETENTION,** and replace it with **CURFEW:** You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. Electronic monitoring will remain in place to enforce the curfew.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | |
|---|---|
| _____  3/3/14 | _____  3/3/14 |
| Signature of Defendant           Date | Pretrial Services Officer           Date |
| Gilberto Leon Chavez | Jacob Scott |

I have reviewed the conditions and concur that this modification is appropriate.

_____                3/3/14
Signature of Assistant United States Attorney           Date
Kevin P. Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                3-3-14
Signature of Defense Counsel           Date
Carol Ann Moses

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on           3-3-14           .

☐ The above modification of conditions of release is *not* ordered.

_____                3-3-14
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services