**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Gilberto Chavez Leon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>GILBERTO CHAVEZ LEON,<br><br>             Defendant. | CASE NO.  1:12-cr-00344-LJO-SKO<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS OF DEFENDANT GILBERTO CHAVEZ LEON** |

**IT IS HEREBY STIPULATED** by and between Carol Ann Moses, attorney for Defendant GILBERTO CHAVEZ LEON, and Kevin Rooney, Assistant United States attorney, that the pretrial release conditions be modified as follows:

**1.  Curfew for the night of August 2, 2014.**

The parties agree that the curfew for Defendant GILBERTO CHAVEZ LEON of 9:00 p.m. every evening shall be adjusted for the evening of August 2, 2014 only, to 12:00 midnight.  Mr. Leon requests an extension of his curfew for that evening only, so he may travel to

///

///

///

///

///

STIPULATION TO MODIFY CONDITIONS
OF RELEASE FOR DEFENDANT
GILBERTO CHAVEZ LEON                                                                                                                                      1

attend the wedding of a childhood friend.  Mr. Leon has been on pretrial release since December 18, 2012.  The Pretrial Services Officer Jacob Scott is on vacation.  Pretrial Services Officer Lydia Serrano conveyed that Mr. Scott's files indicate that he does not object to this request.

Dated:  July 24, 2014               /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    GILBERTO CHAVEZ LEON

Dated:  July 24, 2014               /s/ Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Assistant United States Attorney

ORDER

IT IS SO ORDERED.

   Dated:  **July 27, 2014**               **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE