# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY   A. JESSEN
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Gilberto Chavez Leon | Case No. 1:12CR0344-004 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gilberto Chavez Leon, have discussed with Lydia J. Serrano, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the condition that pertains to Home Detention and the Location Monitoring program.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9/16/14            _____ 9-18-14
Signature of Defendant      Date                     Pretrial Services Officer     Date
Gilberto Chavez Leon                                 Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                            10/1/14
Signature of Assistant United States Attorney        Date
Kevin Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                            9/24/2014
Signature of Defense Counsel                         Date
Carol Ann Moses

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  10/6/14.
[ ] The above modification of conditions of release is *not* ordered.

_____                            10/6/14
Signature of Judicial Officer                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services