**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Gilberto Chavez Leon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>GILBERTO CHAVEZ LEON,<br><br>      Defendant. | CASE NO.  1:12-cr-00344-LJO-SKO<br><br>DEFENDANT GILBERTO CHAVEZ LEON'S MOTION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA FOR DECEMBER 8, 2014; ORDER THEREON  **(note change in order)** |

Defendant, GILBERTO CHAVEZ LEON, through his undersigned counsel, hereby moves the Court for an order vacating the trial date set for December 9, 2014 at 8:30 a.m. and to set a change of plea hearing on December 8, 2014 at 8:30 a.m.  Defense counsel conferred with Assistant United States Attorney Kevin Rooney.  He agreed to this request.

Defense counsel requests December 8, 2014, for change of plea because she is currently trailing for a courtroom for trial in the matters of *People v. Peter Yoshioka*, Case M14918028 and *People v. Bryan Murillo*, Case M14911768.  Time out dates are December 2nd and December 1st respectively.  It is anticipated that defense counsel will be in trial on November 24, 2014 and December 1, 2014.

Dated:  November 19, 2014                    /s/ Carol Ann Moses_____
                                            CAROL ANN MOSES
                                            Attorney for Defendant,
                                            GILBERTO CHAVEZ LEON

1

2

ORDER

3

The Court, having reviewed the above request to Vacate Trial Date and set the matter for

4

change of plea, HEREBY ORDERS AS FOLLOWS:

5

The trial scheduled for Defendant, Gilberto Chavez Leon, will remain on calendar until

6

the change of plea is taken.  The matter shall be set for change of plea on December 8, 2014 at

7

8:30 a.m.

8

9

IT IS SO ORDERED.

10

Dated:   **November 20, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28