AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the



FILED
DEC 08 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____S. ARELLANO_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:12-CR-344 LJO |
| ) | |
| Gilberto Chavez Leon ) | |
| _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/8/14

_Defendant's signature_

_Signature of defendant's attorney_

CAROL MOSES
_Printed name of defendant's attorney_

_Judge's signature_

Lauren J O'Neill, U.S. Mgst Judge
_Judge's printed name and title_