| | |
|---|---|
| 1 **CAROL ANN MOSES** #164193<br>Attorney at Law<br>2  575 East Alluvial, Ste. 105<br>Fresno, California 93720<br>3  Telephone: (559) 449-9069<br>4  Facsimile: (559) 513-8530 | **FILED**<br>**JUN 29 2015**<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

5  Attorney for Defendant, GILBERTO CHAVEZ-LEON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO CHAVEZ-LEON,<br><br>Defendant. | CASE NO. 1:12-cr-00344-LJO-SKO<br><br>APPLICATION FOR ORDER<br>EXONERATING COLLATERAL BOND<br>AND ORDER THEREON |

Defendant, GILBERTO CHAVEZ-LEON, by and through his attorney of record, Carol Ann Moses, hereby moves the Court for an order exonerating the $25,000 collateral bond deposited with the Clerk of the United States District Court for the Eastern District of California on December 18, 2012.

///

///

///

///

///

///

///

1  Certificates of ownership to the following vehicles were posted on Mr. Leon's behalf:

2  2007 Chevrolet Silverado, Lic. 8S78882, Vin 569394

3  2007 Nissan Altima, Lic. 5WAH154, Vin 434487

4  2003 Ford Explorer, Lic. 5BAE786, Vin A63623

5  Defendant, GILBERTO CHAVEZ-LEON was sentenced March 2, 2015.

6  Dated: June 4, 2015                     Respectfully submitted,

7
8
9                                          /s/ Carol Ann Moses
                                           CAROL ANN MOSES
10                                         Attorney for Defendant,
                                           GILBERTO CHAVEZ-LEON

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the collateral bond posted on behalf of Defendant GILVERTO CHAVEZ-LEON is exonerated and the Clerk of the United States District Court for the Eastern District of California is directed to return the three certificates of ownership for the 2007 Chevrolet Silverado, 2007 Nissan Altima, and 2003 Ford Explorer to Mr. Leon's attorney, Carol Ann Moses.

Dated: June 29, 2015                       _____
                                           LAWRENCE J. O'NEILL
                                           UNITED STATES DISTRICT JUDGE